**FILED**

May 28, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **CR** _____
DEPUTY

# REDACTED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CAUSE NO.: DR24-CR-01914 - EG |
| | § | |
| | § | **SECOND SUPERSEDING** |
| v. | § | **INDICTMENT** |
| | § | |
| | § | [VIO: COUNT ONE: 8 U.S.C. § |
| SPENCER GARNETT DEMPS (2) | § | 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy |
| A/K/A "CHUCKY DA GOD" | § | to Transport Illegal Aliens COUNT |
| A/K/A "CHUCKY FINSTER" | § | TWO: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & |
| A/K/A "CHUCKY JASONS" | § | (B)(i) Conspiracy to Harbor Illegal |
| A/K/A "CHUCKKY" | § | Aliens; COUNT THREE: 8 U.S.C. § |
| JAILENE MARISOL REYES (3) | § | 1324(a)(1)(A)(iii) & (B)(i) Harboring |
| MARIO BARRIENTOS, JR. (4) | § | Illegal Aliens (Profit); COUNT FOUR: |
| NICHOLAS SAGINI NYAOSI (5) | § | 18 U.S.C. § 1203 - Conspiracy to |
| | § | Commit Hostage Taking; COUNT |
| | § | FIVE: 18 U.S.C. § 1203 Hostage |
| | § | Taking.] |
| | § | |
| | § | **FORFEITURE** |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about July 1, 2024, in the Western District of Texas, Defendants,

SPENCER GARNETT DEMPS A/K/A "CHUCKY DA GOD" A/K/A "CHUCKY FINSTER"
A/K/A "CHUCKY JASONS" A/K/A "CHUCKKY",
JAILENE MARISOL REYES,
NICHOLAS SAGINI NYAOSI,

did knowingly and intentionally combine, conspire, confederate and agree together and with

others, known and unknown, to transport and move, and attempt to transport and move, by means

of transportation or otherwise, aliens who came to, entered and remained in the United States in

violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) & (B)(i).

## COUNT TWO
### [8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about August 5, 2024, in the Western District of Texas, Defendants,

SPENCER GARNETT DEMPS A/K/A "CHUCKY DA GOD" A/K/A "CHUCKY FINSTER"
A/K/A "CHUCKY JASONS" A/K/A "CHUCKKY",
JAILENE MARISOL REYES,
NICHOLAS SAGINI NYAOSI,

did knowingly and intentionally combine, conspire, confederate and agree together and with others, known and unknown, to conceal, harbor, and shield from detection and attempt to conceal, harbor, and shield from detection, aliens who came to, entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) & (B)(i).

## COUNT THREE
### [8 U.S.C. § 1324(a)(1)(A)(iii) & (B)(i)]

On or about August 5, 2024, in the Western District of Texas, Defendants,

SPENCER GARNETT DEMPS A/K/A "CHUCKY DA GOD" A/K/A "CHUCKY FINSTER"
A/K/A "CHUCKY JASONS" A/K/A "CHUCKKY",
JAILENE MARISOL REYES,
NICHOLAS SAGINI NYAOSI,

knowing and in reckless disregard of the fact that a certain alien, namely, E.M.Z.E. had come to, entered and remained in the United States in violation of law, did conceal, harbor, and shield from detection and attempted to conceal, harbor, and shield from detection said alien in buildings and

other places, for the purpose of commercial advantage and private financial gain, in violation of

Title 8, United States Code, Section 1324(a)(1)(A)(iii) & (B)(i).

COUNT FOUR
[18 U.S.C. § 1203]

On or about August 5, 2024, in the Western District of Texas, Defendants,

SPENCER GARNETT DEMPS A/K/A "CHUCKY DA GOD" A/K/A "CHUCKY FINSTER"
A/K/A "CHUCKY JASONS" A/K/A "CHUCKKY",
JAILENE MARISOL REYES,
MARIO BARRIENTOS, JR.,

did knowingly and intentionally combine, conspire, confederate and agree together and with others

known and unknown to the Grand Jury to commit the following offense against the United States:

to intentionally seize and detain and threaten to kill, injure, and continue to detain E.M.Z.E. in

order to compel another to forward, by means of electronic wire transfer, funds in the form of

United States Dollars, as an explicit and implicit condition for the release of the hostage, in

violation of Title 18, United States Code, Section 1203.

COUNT FIVE
[18 U.S.C. § 1203]

On or about August 5, 2024, in the Western District of Texas, Defendant,

SPENCER GARNETT DEMPS A/K/A "CHUCKY DA GOD" A/K/A "CHUCKY FINSTER"
A/K/A "CHUCKY JASONS" A/K/A "CHUCKKY",
JAILENE MARISOL REYES,
MARIO BARRIENTOS, JR.,

did intentionally seize and detain and threaten to kill, injure, and continue to detain E.M.Z.E in

order to compel another to pay money and property, as an explicit condition for the release of the

hostage, E.M.Z.E, all in violation of Section 1203 of Title 18 of the United States Code.

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[*See* FED. R. CRIM. P. 32.2]

**I.**
**Immigration Violations and Forfeiture Statute**
**[Title 8 U.S.C. § 1324(a)(1)(A)(v)(I),**
**subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(6)(A).]**

As a result of the foregoing criminal violation set forth in Count One, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of property, including any items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 982(a)(6)(A) which states the following:

**Title 18 U.S.C. § 982 Criminal forfeiture**
**(a)(6)(A)** The court, in imposing sentence on a person convicted of a violation of, or conspiracy to violate, section 274(a) . . . of the Immigration and Nationality Act . . . shall order that the person forfeit to the United States, regardless of any provision of State law—

**(i)** any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the person is convicted; and

**(ii)** any property real or personal—

**(I)** that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted; or

**(II)** that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the person is convicted.

This Notice of Demand for Forfeiture includes but is not limited to the following.

1. **Mossberg MC1sc 9mm pistol, s/n 005976CP; and**
2. **Any related ammunition and firearm accessories.**

A TRUE BILL

FOREPERSON

MARGARET F. LEACHMAN
Acting United States Attorney

By: _____
WARSAME GALAYDH
Assistant United States Attorney